# Exhibit 3

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| SHANNON ARBUTHNOT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ACUITY – CHS, LLC f/k/a COMPREHENSIVE HEALTH SERVICES LLC,<br><br>*Defendant*. | **Case No. 6:22-cv-658-PGB-DCI**<br><br>**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH PRELIMINARY APPROVAL OF SETTLEMENT** |

I, Scott M. Fenwick, hereby declare:

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator to be appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities, labor and employment, consumer, and government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years.

3. Kroll is prepared to provide a full complement of notification services in connection with that certain Settlement Agreement and Release (the Settlement Agreement") entered into in

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

connection with the above-captioned matter (the "Settlement"), including notice of the Settlement Agreement disseminated by email, mail, and through the use of a website to be created in connection with this matter (the "Settlement Website").

4. It is Kroll's understanding that within ten (10) days of entry of the Preliminary Approval Order it will be provided with a list of Settlement Class Members covered under the proposed Settlement Agreement, and that list is to contain last-known names, addresses, and email addresses (if any) of the Settlement Class Members.

### Notice by Email

5. Kroll will work with Class Counsel and Defendant counsel (collectively, "Counsel") to format the Short Form Notice for emailing. Once the email form of the Short Form Notice is approved, Kroll will create an email notice template in preparation for the email campaign. Kroll will prepare a file with all Settlement Class Members' email addresses and upload the file to Kroll's proprietary email campaign platform. Kroll will prepare email proofs for Counsel's review and approval. The proofs/test emails for approval will include the body of the email and subject line. Once the proofs/test emails are approved, the email campaign will begin as directed in the Settlement Agreement.

6. Kroll will send email notices to Settlement Class Members for whom an email address was provided. When the email campaign begins, Kroll will track and monitor emails that are rejected or "bounced back" as undeliverable. At the conclusion of the email campaign, Kroll will provide a report indicating number of records that Kroll believes had a successful notice delivery, and a count of the records where delivery failed based on a rejection or bounce back. Kroll will also update its administration database with the appropriate status of the email campaign for each of the Settlement Class Member records.

7. If it appears that the email notice was delivered successfully, no further action will be taken with respect to the particular Settlement Class Member record.

8. If the email is returned as undeliverable, Kroll shall attempt one additional email execution, and, if not successful, Kroll shall send the Short Form Notice by U.S. mail in accordance with the procedures described below for notice by mail.

DECLARATION OF SCOTT M. FENWICK IN CONNECTION WITH PRELIMINARY APPROVAL

**Notice by Mail**

9. Kroll will work with Counsel to format the Short Form Notice for mailing by postcard notification. Upon approval, Kroll will coordinate the preparation of proofs of the Short Form Notice for Counsel to review and approve.

10. Kroll will send the Short Form Notice by First-Class Mail to the physical addresses of Settlement Class Members for whom no valid email address is available. In preparation for the Short Form Notice mailing, Kroll will send the Settlement Class Member data through the United States Postal Service's ("USPS") National Change of Address ("NCOA") database. The NCOA process will provide updated addresses for Settlement Class Members who have submitted a change of address with the USPS in the last 48 months, and the process will also standardize the addresses for mailing. Kroll will then prepare a mail file of Settlement Class Members that are to receive the notice via First Class Mail.

11. Mailed Short Form Notices returned by USPS with a forwarding address will be automatically re-mailed to the updated address provided by the USPS.

12. Mailed Short Form Notices returned by the USPS undeliverable as addressed without a forwarding address will be sent through an advanced address search process in an effort to find a more current address for the record. If an updated address is obtained through the advanced search process, Kroll will re-mail the notice to the updated address.

**Settlement Website**

13. Kroll will work with Counsel to create a dedicated Settlement Website. The Settlement Website URL will be determined and approved by Counsel. The Settlement Website will contain a summary of the Settlement, will allow Settlement Class Members to contact the Claims Administrator with any questions or changes of address, provide notice of important dates and deadlines such as the final approval hearing, claim deadline, objection deadline, and opt out deadline, and provide Settlement Class Members who file claim forms online the opportunity to select an electronic payment method, including Venmo, Zelle, Paypal, ACH, or payment by check. The Settlement Website will also contain relevant case documents including Plaintiff's complaint, the Settlement

DECLARATION OF SCOTT M. FENWICK IN CONNECTION WITH PRELIMINARY APPROVAL

Agreement, the Long Form Notice, Plaintiff's motion for preliminary approval, and the Preliminary Approval Order (if and when entered).

### Toll-Free Number

14. Kroll will also establish a toll-free number for the Settlement. The toll-free number will allow Settlement Class Members to call and obtain information about the Settlement through an Interactive Voice Response System.

I declare under penalty of perjury under the laws of the United Sates that the above is true and correct to the best of my knowledge and that this declaration was executed on April 3, 2023, in Woodbury, Minnesota.

*Scott M. Fenwick*

Scott M. Fenwick